UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-14168-MIDDLEBROOKS

JAMELLA ROLLE,

    Plaintiff,

v.

TPUSA, INC. and TPUSA-FHCS, INC.,
d/b/a TELEPERFORMANCE,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court *sua sponte*. On August 15, 2017, I granted Plaintiff Jamella Rolle's ("Plaintiff") counsel's Motion to Withdraw and stated that "Plaintiff must have new counsel file a notice of appearance or Plaintiff must file a notice of intent to proceed *pro se* or a notice of dismissal by September 13, 2017." (DE 46). Having failed to file any response to the Order, I ordered Plaintiff to show cause why her case should not be dismissed for failure to prosecute by October 15, 2017. (DE 48). Plaintiff failed to respond to the Court's Order to Show Cause by the October 15 deadline.

District courts may dismiss a case for lack of prosecution under their inherent authority to manage their own dockets. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs . . ."). As Plaintiff has not responded to my Order to Show Cause, I find that her failure to prosecute her case is grounds for dismissal. Accordingly it is hereby

**ORDERED AND ADJUDGED** that:

(1) This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

(2) The Clerk of Court shall **CLOSE** this **CASE** and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 26 day of October, 2017.

*[signature]*

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record;
Jamella Rolle
905 N. 17th Street
Fort Pierce, FL 34950